Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JOSHUA L. GAGNON,<br><br>                    Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security<br>Administration,<br><br>                    Defendant. | Civil No. 6:15-cv-00988-SB<br><br>**ORDER APPROVING<br>ATTORNEY FEES PURSUANT TO<br>42 U.S.C. §406(b)** |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $22,327.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Defendant shall pay this amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of _November 23_, 2016.

_____
U.S. ~~District Judge~~/Magistrate Judge

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -      1

PRESENTED BY:

By:   /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Attorneys for Plaintiff